**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No.  20-22982-CMB** |
| **Tamara L. Oliver** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.** |
| **Tamara L. Oliver** | ) | |
| **Movant** | ) | **Related to Claim No.  19-1** |
| **vs** | ) | **Response Date: February 19, 2021** |
| **LVNV Funding LLC** | ) | **Hearing Date: March 1, 2021** |
| | ) | **at 11:00 a.m.** |
| **Respondent** | ) | |

**CERTIFICATION OF NO OBJECTION  RE:**
**DEBTOR'S OBJECTION TO CLAIM OF DEBTOR'S OBJECTION TO CLAIM**
**OF LVNV FUNDING LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 2, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **February 19, 2021.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Executed on: February 22, 2021**          **/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com