**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No.  20-22982-CMB** |
| **Tamara L. Oliver** ) | **Chapter  13** |
| Debtor ) | Doc No. |
| **Tamara L. Oliver** ) | |
| Movant ) | **Related to Claim No.  19-1** |
| **vs** ) | |
| **LVNV Funding LLC** ) | |
| ) | |
| Respondent ) | |

**CERTIFICATE OF SERVICE OF ORDER ON DEBTOR'S OBJECTION TO CLAIM OF LVNV FUNDING LLC**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: February 24, 2021

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com


**2.) Service by First Class Mail--**
a. LVNV Funding, c/o Resurgent Capital SErvices, PO Box 10587, Greenville, SC 29603
b. LVNV Funding, LLC, Tony M. Ettinger, Pres. and CEO, 55 Beattie Place, Suite 110, Greenville, SC 29601


Executed on: February 24, 2021        **/s/Bryan P. Keenan**
                                     Bryan  P. Keenan, PA ID No. 89053
                                     Bryan  P. Keenan  & Associates P.C.
                                     Attorney for Debtor
                                     993 Greentree Road, Suite 101
                                     Pittsburgh, PA 15220
                                     (412) 922-5116
                                     keenan662@gmail.com