## IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 20-22982-CMB** |
| **Tamara  L. Oliver** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.** |
| **Tamara  L. Oliver** | ) | **Motion No.  WO-1** |
| **Movant** | ) | |
| | ) | ` |
| **Squirrel Hill Wellness & Rehab** | ) | |
| **Respondent** | ) | |

**CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
DEBTOR'S SOCIAL SECURITY NUMBER**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 19, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee,** Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a. Squirrel Hill Wellness & Rehab** Attn: Payroll Department 2025 Wightman Street Pittsburgh, PA 15217

Date: **July 19, 2022**

**/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com