# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No.  20-22982-CMB** | |
| **Tamara  L. Oliver** ) | **Chapter  13** | |
| **Debtor** ) | **Doc. No.**  77 | |
| **Tamara  L. Oliver** ) | | |
| **Movant** ) | | |
| **v.** ) | | |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | | |
| **Respondent** ) | | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:    **The Debtor**

☐    a motion to lift stay
       as to creditor        _____

☐    Other:            _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Chapter 13 Plan dated  **October 26, 2020**
☐    Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

☒ Debtor(s) Plan payments shall be changed from **$2,063.00** to **$2,105.00** effective **September 2022.**

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: **Lakeview Loan Servicing, LLC As serviced by Community Loan Servicing, LLC, claim 15-1, shall be paid $1,058.13 effective January 1, 2022 in accordance with the Notice of Mortgage Payment change filed on 12/10/2021.**

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this 20th day of \_\_\_\_September\_\_\_\_, 2022

*[signature]* dmr
Chief Judge Carlota M. Bohm
United States Bankruptcy Judge

Dated: September 19, 2022

Stipulated by:                                             Stipulated by:

/s/ Bryan P. Keenan                                        /s/ James Warmbrodt
Bryan P. Keenan                                            James Warmbrodt

Counsel to Debtor                                          Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
9/20/22 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22982-CMB |
| Tamara L. Oliver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara L. Oliver, 552 South Avenue, Verona, PA 15147-1243 |
| 15301117 | | First National Bank, Legal Department, One F.N.B Boulevard, 1st Floor, Hermitage, PA 16148 |
| 15301118 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15301126 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301110 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2022 23:49:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15319269 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2022 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15301114 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2022 23:49:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15305148 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2022 23:49:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15301111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 23:55:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15311632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 23:55:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15322048 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15301113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15443128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15303181 | | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15301115 | + | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15324850 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 20 2022 23:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| | | | Sep 20 2022 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15301116 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 20 2022 23:49:30 | First Mark Services, PO Box 82522, Lincoln, NE 68501 |
| 15320090 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 20 2022 23:49:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15301118 | ^ | MEBN | Sep 20 2022 23:49:43 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15301119 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2022 23:49:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 15301120 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2022 23:49:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15301112 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15315662 | + | Email/Text: RASEBN@raslg.com | Sep 20 2022 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15318332 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15301121 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2022 23:55:33 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15303922 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 20 2022 23:49:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15509032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15321852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15306597 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2022 23:49:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 15301122 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:39 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15301123 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:26 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15324072 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15301414 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301124 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15301125 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:39 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15314444 | ^ | MEBN | Sep 20 2022 23:49:39 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314472 | ^ | MEBN | Sep 20 2022 23:49:34 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15301127 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 20 2022 23:49:00 | UPMC St. Margaret, 815 Freeport Road, |

Case 20-22982-CMB    Doc 81    Filed 09/22/22    Entered 09/23/22 00:26:51    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 39 |

Pittsburgh, PA 15215-3301

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting-- Natio |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15301109 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022                    Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Tamara L. Oliver keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7