**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-22982-CMB** |
| **Tamara  L. Oliver** | ) | **Chapter  13** |
| **Debtor** | ) | |
| **Tamara  L. Oliver** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondent** | ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑  a motion to dismiss case or certificate of default requesting dismissal

☒  a plan modification sought by: **to fulfill the plan goals over the remaining 5 months.**

❑  a motion to lift stay
as to creditor _____

❑  Other: _____

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated **October 1, 2024.**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

☒    Debtor(s) Plan payments shall be changed from **$1,197.00** to **$1,539.00** effective **June 2025.**

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑    Other:

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

Dated: June 12, 2025

Carlota M. Böhm
United States Bankruptcy Judge

glb

-2-

Stipulated by:                              Stipulated by:


/s/ Bryan P. Keenan                         /s/ James Warmbrodt
Bryan P. Keenan                             James Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee



cc:   All Parties in Interest to be served by Clerk

*[Remainder of Page Intentionally Left Blank]*

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Case No. 20-22982-CMB

Tamara L. Oliver
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara L. Oliver, 552 South Avenue, Verona, PA 15147-1243 |
| 15320090 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15301117 | | First National Bank, Legal Department, One F.N.B Boulevard, 1st Floor, Hermitage, PA 16148 |
| 15301118 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15301126 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:32 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301109 | ^ | MEBN | Jun 12 2025 23:59:10 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 15301110 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2025 00:06:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15319269 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 13 2025 00:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15301114 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2025 00:06:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15305148 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 13 2025 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15301111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:30:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15311632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:30:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15301112 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 00:30:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322048 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:18:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15301113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:18:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15443128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De |

District/off: 0315-2                       User: auto                                    Page 2 of 4

Date Rcvd: Jun 12, 2025                   Form ID: pdf900                          Total Noticed: 43

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15303181 |  | Email/Text: mrdiscen@discover.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15301115 | + | Email/Text: mrdiscen@discover.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15324850 | + | Email/Text: kburkley@bernsteinlaw.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15301116 |  | Email/Text: FirstmarkAccountMa@firstmarkservices.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | First Mark Services, PO Box 82522, Lincoln, NE 68501 |
| 15301119 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 15301120 | + | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15315662 | + | Email/Text: RASEBN@raslg.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15318332 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Jun 13 2025 00:18:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15702165 | + | Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15301121 | + | Email/PDF: Bankruptcy_Prod@mohela.com |  |  |
|  |  |  | Jun 13 2025 00:18:07 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15303922 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15509032 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jun 13 2025 00:18:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15321852 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jun 13 2025 00:18:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15306597 |  | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 16469851 | + | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Jun 13 2025 00:18:12 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15520955 | + | Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  |  | Jun 13 2025 00:06:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15301122 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 13 2025 00:18:09 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15301123 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 13 2025 00:41:34 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15324072 | ^ | MEBN |  |  |
|  |  |  | Jun 12 2025 23:59:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15301414 | ^ | MEBN |  |  |
|  |  |  | Jun 12 2025 23:59:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301124 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 13 2025 00:42:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15301125 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Jun 13 2025 00:18:47 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15314444 |  | Email/Text: BNCnotices@dcmservices.com |  |  |

District/off: 0315-2      User: auto      Page 3 of 4

Date Rcvd: Jun 12, 2025      Form ID: pdf900      Total Noticed: 43

| | | | |
|---|---|---|---|
| | | Jun 13 2025 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314472 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Jun 13 2025 00:06:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15301127 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Jun 13 2025 00:06:00 | UPMC St. Margaret, 815 Freeport Road, Pittsburgh, PA 15215-3301 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting-- Natio |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Tamara L. Oliver keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                         User: auto                                    Page 4 of 4
Date Rcvd: Jun 12, 2025                   Form ID: pdf900                         Total Noticed: 43

Stephen Russell Franks

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com

TOTAL: 9