Certificate Number: 20102-PAW-DE-040177679

Bankruptcy Case Number: 20-22982



20102-PAW-DE-040177679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2025</u>, at <u>5:24</u> o'clock <u>PM EDT</u>, <u>Tamara Oliver</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 8, 2025</u>          By:     <u>/s/Marcy Walter</u>

Name:  <u>Marcy Walter</u>

Title:   <u>President-Manager</u>