## PROCEEDING MEMO

**Date: 11/05/2025 1:30 PM**
**In re:    Tamara L. Oliver**

**Bankruptcy No. 20-22982-CMB**
**Chapter: 13**
**Doc. # 121**

**Appearances:  Bryan Keenan**
**Ronda Winnecour**

**Nature of Proceeding:  #121 Trustee's Motion To Dismiss**

**Additional Pleadings:  #130 Response Filed by Debtor**

The Debtor is behind in payments in the amount of $2,478. The Debtor intends to catch up with payments, and Debtor's Counsel requests a continuance for sixty (60) days.

OUTCOME: The Hearing is continued to February 4, 2026 at 10:30AM. An Order will be entered.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
11/6/25 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA