**PROCEEDING MEMO**

**Date: 11/19/2025 1:30 PM**
**In re:   Tamara L. Oliver**

        Bankruptcy No. 20-22982-CMB
        Chapter: 13
        Doc. # 131

**Appearances: Ronda Winnecour, Bryan Keenan**

**Nature of Proceeding:  #131 Application of Bryan Keenan, Esquire For Final Compensation and Reimbursement of Expenses**

Atty. Keenan failed to appear.

OUTCOME: Application is granted.

        **Carlota Böhm**
        **U.S. Bankruptcy Judge**

FILED
11/20/25 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA