**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tamara L. Oliver | Social Security number or ITIN   xxx–xx–1917 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–22982–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tamara L. Oliver

2/18/26

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 20-22982-CMB

Tamara L. Oliver                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                    Page 1 of 4

Date Rcvd: Feb 18, 2026                           Form ID: 3180W                                Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara L. Oliver, 552 South Avenue, Verona, PA 15147-1243 |
| 15320090 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15301117 | | First National Bank, Legal Department, One F.N.B Boulevard, 1st Floor, Hermitage, PA 16148 |
| 15301118 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15301126 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 19 2026 05:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 19 2026 05:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 19 2026 05:40:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Feb 19 2026 05:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301109 | ^ | MEBN | Feb 19 2026 00:42:29 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 15301110 | + | EDI: BANKAMER | Feb 19 2026 05:34:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15319269 | + | EDI: BANKAMER2 | Feb 19 2026 05:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15301114 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2026 00:51:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15305148 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2026 00:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15301111 | + | EDI: CAPITALONE.COM | Feb 19 2026 05:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15311632 | | EDI: CAPITALONE.COM | Feb 19 2026 05:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15301112 | + | EDI: JPMORGANCHASE | Feb 19 2026 05:40:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |

| | | | |
|---|---|---|---|
| 15322048 | | EDI: CITICORP | |
| | | Feb 19 2026 05:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15301113 | + | EDI: CITICORP | |
| | | Feb 19 2026 05:40:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15443128 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 19 2026 00:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15303181 | | EDI: DISCOVER | |
| | | Feb 19 2026 05:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15301115 | + | EDI: DISCOVER | |
| | | Feb 19 2026 05:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15324850 | + | Email/Text: kburkley@bernsteinlaw.com | |
| | | Feb 19 2026 00:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15301116 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | |
| | | Feb 19 2026 00:51:00 | First Mark Services, PO Box 82522, Lincoln, NE 68501 |
| 15301119 | + | EDI: HFC.COM | |
| | | Feb 19 2026 05:40:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 15301120 | + | EDI: IRS.COM | |
| | | Feb 19 2026 05:40:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15315662 | + | Email/Text: RASEBN@raslg.com | |
| | | Feb 19 2026 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15318332 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 19 2026 00:55:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15702165 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 19 2026 00:51:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15301121 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Feb 19 2026 00:55:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15303922 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | |
| | | Feb 19 2026 00:51:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15509032 | | EDI: PRA.COM | |
| | | Feb 19 2026 05:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15321852 | | EDI: PRA.COM | |
| | | Feb 19 2026 05:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15306597 | | EDI: Q3G.COM | |
| | | Feb 19 2026 05:40:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 16469851 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 19 2026 00:55:04 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15520955 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 19 2026 00:51:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15301122 | + | EDI: SYNC | |
| | | Feb 19 2026 05:40:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15301123 | + | EDI: SYNC | |
| | | Feb 19 2026 05:40:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15324072 | + | EDI: PRA.COM | |
| | | Feb 19 2026 05:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15301414 | + | EDI: PRA.COM | |
| | | Feb 19 2026 05:40:00 | Synchrony Bank, c/o of PRA Receivables |

District/off: 0315-2                                    User: auto                                          Page 3 of 4

Date Rcvd: Feb 18, 2026                              Form ID: 3180W                              Total Noticed: 45

|  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301124 | + EDI: SYNC | Feb 19 2026 05:40:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15301125 | + EDI: SYNC | Feb 19 2026 05:40:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15314444 | Email/Text: BNCnotices@dcmservices.com | Feb 19 2026 00:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314472 | Email/Text: BNCnotices@dcmservices.com | Feb 19 2026 00:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15301127 | + Email/Text: BankruptcyNotice@upmc.edu | Feb 19 2026 00:51:00 | UPMC St. Margaret, 815 Freeport Road, Pittsburgh, PA 15215-3301 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Community Loan Servicing, LLC |
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | Lakeview Loan Servicing, LLC enote vesting-- Natio |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com |
| Bryan P. Keenan | on behalf of Debtor Tamara L. Oliver keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Feb 18, 2026

Form ID: 3180W

Total Noticed: 45

Mario J. Hanyon

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9