# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  TAMARA L. OLIVER

            Debtor(s)

  Ronda J. Winnecour
            Movant
          vs.
  No Repondents.

Case No.:20-22982

Chapter 13

Related to:  Document No. 146

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___18th___ day of ___February___, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
2/18/26 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Tamara L. Oliver

     Debtor

Case No. 20-22982-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara L. Oliver, 552 South Avenue, Verona, PA 15147-1243 |
| 15320090 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15301117 | | First National Bank, Legal Department, One F.N.B Boulevard, 1st Floor, Hermitage, PA 16148 |
| 15301118 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15301126 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301109 | ^ | MEBN | Feb 19 2026 00:42:29 | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 15301110 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 19 2026 00:51:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15319269 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 19 2026 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15301114 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2026 00:51:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15305148 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2026 00:51:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15301111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 00:55:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15311632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 00:55:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15301112 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2026 00:55:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15322048 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2026 00:55:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15301113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2026 00:55:21 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15443128 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 00:51:00 | Community Loan Servicing, LLC, 4425 Ponce De |

District/off: 0315-2     User: auto     Page 2 of 4

Date Rcvd: Feb 18, 2026     Form ID: pdf900     Total Noticed: 43

|  |  |  |  |
|---|---|---|---|
|  |  |  | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15303181 | Email/Text: mrdiscen@discover.com | Feb 19 2026 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15301115 | + Email/Text: mrdiscen@discover.com | Feb 19 2026 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15324850 | + Email/Text: kburkley@bernsteinlaw.com | Feb 19 2026 00:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15301116 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 19 2026 00:51:00 | First Mark Services, PO Box 82522, Lincoln, NE 68501 |
| 15301119 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 19 2026 00:51:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 15301120 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 00:51:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15315662 | + Email/Text: RASEBN@raslg.com | Feb 19 2026 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15318332 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 00:55:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15702165 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 00:51:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15301121 | + Email/PDF: Bankruptcy_Prod@mohela.com | Feb 19 2026 00:55:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15303922 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 19 2026 00:51:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15509032 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15321852 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15306597 | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2026 00:51:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 16469851 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 00:55:38 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15520955 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 00:51:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15301122 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 00:55:02 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15301123 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 00:55:36 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15324072 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15301414 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2026 00:55:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15301124 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 01:33:29 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15301125 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 00:55:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15314444 | Email/Text: BNCnotices@dcmservices.com |  |  |

District/off: 0315-2                         User: auto                                    Page 3 of 4
Date Rcvd: Feb 18, 2026                      Form ID: pdf900                               Total Noticed: 43

| | | Feb 19 2026 00:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314472 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 19 2026 00:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15301127 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Feb 19 2026 00:51:00 | UPMC St. Margaret, 815 Freeport Road, Pittsburgh, PA 15215-3301 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting-- Natio |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC amps@manleydeas.com |
| Bryan P. Keenan | on behalf of Debtor Tamara L. Oliver keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 18, 2026                       Form ID: pdf900                               Total Noticed: 43

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 9